Rockingham, June 1, 1943. No. 3416.

MARY E. WEBSTER *v.* BESSIE J. HUBLEY.

*Murchie & Murchie,* by brief, for the plaintiff.

*William H. Sleeper,* by brief, for the defendant.

*Per Curiam.* The validity of the covenant not to sue may be litigated in the action at law. *Schofield* v. *Company,* 90 N. H. 31; *Dion* v. *Mills,* *ante,* 414. The construction of the declaratory judgment statute (R. L., *c.* 370, *s.* 20) barring its service when other remedy is available and adequate (*Gitsis* v. *Thornton,* 91 N. H. 192, and cases cited) therefore required the dismissal of the petition. The reasons assigned for a reversal of the construction or for an exception to it in the case are not sufficiently impressive to invite discussion.

*Exception overruled.*